```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 41194
   SANDY E NOVAK
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-2554


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/05/04 and confirmed on 02/15/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  18814.27 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
CHARLES D NOVAK          SPECIAL CLASS   8316.54              .00         8316.54
JP MORGAN CHASE BANK     UNSECURED      NOT FILED             .00             .00
CHARLES D NOVAK          SPECIAL CLASS  NOT FILED             .00             .00
JAY OBRIEN               SPECIAL CLASS   4752.00              .00         4752.00
MBNA AMERICA             UNSECURED      NOT FILED             .00             .00
NEWSOM MD                UNSECURED      NOT FILED             .00             .00
OSI COLLECTION SRV       UNSECURED      NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED       3617.76              .00          361.78
JEFFERSON CAPITAL SYSTEM UNSECURED       2046.95              .00          204.70
QUEST DIAGNOSTICS        UNSECURED      NOT FILED             .00             .00
VERIZON WIRELESS         UNSECURED      NOT FILED             .00             .00
GERALDINE BERGER         SPECIAL CLASS   3000.00              .00         3000.00
     Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00       21733.25       .00       21733.25
PRINCIPAL PAID         .00         .00       16635.02       .00       16635.02
INTEREST PAID          .00         .00            .00       .00            .00
TOTAL PAID             .00         .00       16635.02       .00       16635.02
The Debtor's attorney, STUART B HANDELMAN             , was allowed $  2200.00
and was paid $    800.00  direct and $   1400.00  through the plan.

The Trustee received $     779.25 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/08/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```